# Court of Appeals
# of the State of Georgia

ATLANTA,  December 20, 2017

*The Court of Appeals hereby passes the following order:*

**A18D0198. MARIA HERNANDEZ v. WILMINGTON SAVINGS FUND SOCIETY.**

On November 8, 2017, the Magistrate Court of Gwinnett County entered a default judgment against Maria Hernandez and granted a writ of possession in favor of Wilmington Savings Fund Society. Hernandez filed a notice of appeal in the Superior Court of Gwinnett County which the Magistrate Court dismissed pursuant to OCGA § 15-10-41 (b) (2). Hernandez then filed her application for discretionary appeal in this Court on November 21, 2017. We, however, lack jurisdiction.

Generally, "[t]he only avenue of appeal available from [a] magistrate court judgment is provided by OCGA § 15-10-41 (b) (1), which allows for a de novo appeal to the state or superior court." *Handler v. Hulsey*, 199 Ga. App. 751, 751 (406 SE2d 225) (1991). Additionally, when a default judgment is entered against a party in magistrate court, that party does not have a right to direct appeal but must seek certiorari to the state court or superior court of that county. OCGA § 15-10-41 (b) (2) ("No appeal shall lie from a default judgment . . . . Review . . . shall be by certiorari to the state court of that county or to the superior court of that county.").

This Court may only address magistrate court matters that already have been reviewed by the state or superior court. See *Westwind Corp. v. Washington Fed. S & L Assn.*, 195 Ga. App. 411 (1) (393 SE2d 479) (1990); see also OCGA § 5-6-35 (a) (1), (a) (11). But here, the only order in the application materials was issued by the magistrate court, which has not been reviewed by a state or superior court.

For this reason, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*

   *Clerk's Office, Atlanta, 12/20/2017*

   *I certify that the above is a true extract from*

*the minutes of the Court of Appeals of Georgia.*

   *Witness my signature and the seal of said court*

*hereto affixed the day and year last above written.*

       *Stephen E. Castlen*   , *Clerk.*